3:24MJ5413

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Detective Scott Bailey, Task Force Officer for the Federal Bureau of Investigation (FBI) Violent Crime/Safe Streets Task Force, being first duly sworn, hereby depose and state as follows:

1. I have been a police officer since March 2006. I am currently assigned to the FBI's Cleveland Division, Violent Crime/Safe Streets Task Force working in the Toledo Resident Agency and have been since January 2015. Prior to my assignment with the Task Force, I was assigned to the Toledo Police Department Gang Unit as well as the SWAT Unit. During my employment as a police officer, I have investigated numerous crimes including violent crime and drug trafficking offenses.

2. I make this affidavit in support of a criminal complaint against Daryl MICKLES, Jr. aka Dick Love. The facts in this affidavit come from my personal observations, training, experience, and information obtained from other law enforcement agents.

3. Because this affidavit is being submitted for the limited purpose of supporting a criminal complaint, I have not included each and every fact known concerning this investigation. I have set forth only those facts I believe necessary to establish probable cause that MICKLES has committed violations of 21 U.S.C. §§ 841(a)(1), (b)(1)(A) and 18 U.S.C. § 922(g)(1) – Possession with Intent to Distribute Controlled Substances and Felon in Possession of a Firearm, respectively.

4. On December 17, 2024, MICKLES was taken into custody pursuant to a state arrest warrant for Trafficking in Drugs. At the time of his arrest, MICKLES was the sole occupant in a gray 2024 Mazda CX30. That vehicle was rented by MICKLES' mother on November 26, 2024 but known to be driven by MICKLES. At the time of his arrest, MICKLES was found to be in possession of approximately $13,615 in U.S. currency. Also found in the vehicle was a loaded

firearm which was readily accessible to MICKLES from his position in the driver's seat of the vehicle. That firearm, a Glock, Model 19 gen 5, 9 mm semi-automatic pistol, bearing serial number BVTY632, was located in the back pocket of the front passenger seat of the Mazda. The firearm was loaded with a full 30-round magazine with an additional round of ammunition in the chamber.

5. On December 17, 2024, the Honorable Darrell A. Clay, United States Magistrate Judge authorized a federal search warrant for MICKLES' primary residence located on Bonita Road in Perrysburg, Ohio. That warrant was executed at approximately 2:30 p.m. No one was present in the residence at the time and a subsequent search of the residence resulted in the seizure of four firearms, including a loaded Aero Precision, model X15, multi-caliber semi-automatic rifle, bearing serial number AR30218 which was found next to the bed in the master bedroom; an FN, model 509, 9mm semi-automatic pistol, bearing serial number GKS0110359; a Springfield, model Hellcat, 9mm semi-automatic pistol, bearing serial number BB560937; and a Smith & Wesson, model CSX, 9mm semi-automatic pistol, bearing serial number SCB9124 all found in the master bedroom closet. Approximately seven kilograms of suspected cocaine, approximately $2,000 in U.S. currency and a money counter were also seized from this location. A sample taken from one of the kilograms of suspected cocaine was later field-tested and returned a presumptive positive result for the presence of cocaine.

6. I know based on my training and experience that none of the firearms seized from MICKLES on December 17, 2024, i.e. the Glock, the Aero Precision rifle, the FN semi-automatic pistol, the Springfield semi-automatic pistol and the Smith & Wesson semi-automatic pistol are manufactured in the State of Ohio and, therefore, traveled in interstate or foreign commerce prior to MICKLES' possession of them.

7. A check of law enforcement databases shows that MICKLES has arrests and convictions in the State of Ohio including but not limited to the following:  Possession of Crack Cocaine and Trafficking in Marijuana, Lucas County Common Pleas Court, Case No. CR2002-01582; Attempted Possession of Heroin and Carrying Concealed Weapon, Lucas County Common Pleas Court, Case No. CR2012-02448; Possession of Heroin, Lucas County Common Pleas Court, Case No. CR2013-02182; Conspiracy to Possess with Intent to Distribute Heroin, Cocaine and Marijuana; Northern District of Ohio, Case No. 3:14CR273.

8. Based on the information contained in this affidavit, I believe probable cause exists that on December 17, 2024 Daryl MICKLES, Jr. aka Dick Love committed a violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A) – Possession with Intent to Distribute Controlled Substances and a violation of 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm.  Both of these violations occurred in the Northern District of Ohio, Western Division.

Respectfully submitted,

_____
FBI TFO Scott Bailey

Sworn to via telephone on this  18th  day of December, 2024
after submission by reliable electronic means.
Fed.R.Crim.P.4.1 and 41(d)(3).

_____
DARRELL A. CLAY
UNITED STATES MAGISTRATE JUDGE

3